UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LOUIS A. CAPONECCHIA,

    Plaintiff,

Case No. 19-cv-12057
Hon. Matthew F. Leitman

v.

LAKE CITY CREDIT, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2020, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764